UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-CV-82316-RS

CHARLES DIXON,

    Plaintiff,

v.

KILOLO KIJAKAZI, Acting Commissioner
of Social Security Administration,

    Defendant.
_____/

## ORDER AFFIRMING AND ADOPTING REPORT OF MAGISTRATE JUDGE

This matter is before the Court on the Magistrate Judge's Report and Recommendation on Motions for Summary Judgment [DE 32], in which Magistrate Judge William Matthewman recommends granting Defendant's Motion for Summary Judgment [DE 30], denying Plaintiff's Moton for Summary Judgment [DE 27], affirming the decision of the Commissioner and entering judgment in favor of Defendant. No objections to the Report and Recommendation have been filed. Thus, having reviewed Magistrate Judge Matthewman's Report and Recommendation on Motions for Summary Judgment, the record, and given that neither party filed any objections, it is,

    **ORDERED** that:

    1.    Magistrate Judge's Report and Recommendation on Motions for Summary Judgment [DE 32] is **AFFIRMED and ADOPTED**.

    2.    Defendant's Motion for Summary Judgment [DE 30] is **GRANTED**.

    3.    Plaintiff's Motion for Summary Judgment [DE 27] is **DENIED**.

    4.    The decision of the Commissioner is **AFFIRMED**.

    5.    **FINAL JUDGMENT** in favor of Defendant will be entered separately.

6. All pending motions not otherwise ruled upon are **DENIED as moot**.

7. This case is **CLOSED**.

**DONE and ORDERED** in Fort Lauderdale, Florida, this 22nd day of July, 2022.

_____
RODNEY SMITH
UNITED STATES DISTRICT JUDGE

cc: All Counsel of Record